# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RUSSELL, | No. 2:17-CV-2487-MCE-DMC-P |
| Petitioner, | |
| v. | ORDER |
| DEAN BORDERS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion (Doc. 15) for a 60-day extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing therefore, petitioner's motion is granted in part. Petitioner may file an opposition within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: January 18, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1